IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 94-127-13** |
| | : | |
| **SALVATORE BRUNETTI** | : | |

# ORDER

**AND NOW**, this 31st day of July 2020, upon considering the Defendant's *pro se* Motion for compassionate release (ECF Doc. No. 1976), the Defendant's *pro se* supplemental Memorandum (ECF Doc. No. 1980), the United States' Response (ECF Doc. No. 1983), Defendant's counseled Reply (ECF Doc. No. 1989), Affidavit in support of Defendant's Motion (ECF Doc. No. 1991), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 1976) is **DENIED**.

_____
**KEARNEY, J.**