# COURT REFERENCE LETTER

To Whom This May Concern,

My name is Denise Ganci (Formally Brunetti) and I am the ex wife of Salvatore Brunetti. We have 1 child together. We've known Salvatore to be a loving, caring Father. We have stayed in touch over the years and exchanged cards and correspondence. At no time have I said that I think Salvatore Brunetti is a dangerous individual who was incapable of change. In fact it's the opposite. Salvatore has expressed his regret for what happened 27 years ago and we believe that he has been undergoing change for decades now. We are confident that he is not a danger to society and we would like him to come home and spend his last remaining years with his family and grandchildren. We ask that you show him MERCY and let him come home to his family who misses and loves him.

Best,

Denise Ganci
*[signature]*

Date: 08/22/2020

4601 Apple Ln
Paulsboro, NJ 08066

Case # 94-127-13

To Whom it may concern,

We would like to file this letter in conjunction with a notice of appeal for Salvatore Brunetti Case #: 94-127-13. This is a letter from Denise Ganci, the ex-wife and friend of Salvatore Brunetti.

Thank you.

Robert Cline

08/30/2020

R Cline
40 Hinchman Rd
Medford, NJ
08055

Clerk's office Rm 2609
601 Market St
Philadelphia, PA
19111