UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

UNITED STATES OF AMERICA        CRIMINAL NO. 94-127-13
Plaintiff.

      v.

SALVATORE BRUNETTI
Defendant.

---

DEFENDANT'S APPEAL TO THE COURT FOR A RECONSIDERATION TO
THE DENIAL OF HIS MOTION TO REDUCE SENTENCE PURSUANT TO
18 U.S.C. § 3582(c)(1)(A)(i)

---

HONORABLE JUDGE J. KEARNEY,

    I, SALVATORE BRUNETTI, defendant in the above matter
respectfully comes before you in Pro-Se Manner appealing the
denial of my Motion to Reduce Sentence Pursuant to 18 U.S.C.
§ 3582(c)(1)(A)(i).

    YOUR HONOR, over twenty seven (27) years ago I was convicted
to the charges set forth against me and as of today I am not at
all disputing my involvement. But now here we are almost three (3)
decades later and I am bewildered by how a Court's decision of
denial was executed so swiftly without any current evaluations
completed and the employment of the Oppositions statements which
are easily found to be untrue, clear misrepresentation and only
duplications of printed matter from my files commencement in 1994.

I fully understand that the Court's are inundated with a backlog of cases due to the Nation's strained work force due to the COVID-19 Pandemic, but the doesn't justify the improper evaluation of my circumstances. I am respectfully asking the Court to please take a step back and put all pretenses aside and examine what the Opposition provided to the Court which the Court unfortunately rubber stamped and didn't once even see the muddled facts in front of them.

This information brought forth to the Court was over twenty six (26) years old. In no way do I want this Appeal to be misconstrued as personal criticism of YOUR HONOR'S decision, I am ceremoniously bringing clarity to content you may have reviewed which wasn't suitable assessed under "Today's" circumstances of my crimes, also of my rehabilitation which is now over Two Hundred Seventy Two (272) months later, along with my current age of 73 years old (with Life Threatening Health concerns even before the COVID-19 Pandemic was thrown into the mix) turns my original sentence now into a "Life Sentence".

As you review this Appeal I have brought to your attention a few major key points so I don't waste any valuable time of YOUR HONORS or the COURTS, but there are multiple misrepresentations.

One last side bar I need to bring to YOUR HONORS and the Courts attention is I find it very concerning that within only a few hours after YOUR HONORS decision that was filed with the Court on July 31, 2020 on the denial of my Compassionate Release Motion my case was front page headlines in local papers and

( 2 )

electronic media. One has to ask in all fairness, why ? I understand that this is public information, but don't you think a leak or a tip from someone in the process was looking for recognition or revenge? I am in NO way insinuating YOUR HONOR in this process, but as you read through this appeal and you see that the information supplied to you by the opposition is greatly flawed.

To me it is very strange with everything else being paramount in the news that a lowly Associate would make such notariety within that short spanse.

What's more interesting is that the week before the Court had decided on my case there was an article in the Wall Street Journal dated July 22, 2020 on page A-11 of a television review of "Cracking Down on La Cosa Nostra" written by John Anderson and in the second to last paragraph there is a quote that says "The team behind Mr. Giuliana, and Mr. Giuliani himself (who takes a few knocks from his old colleagues for having been a publicity hound". (The Article is attached to this Motion).

Again, I am in no way stating your involvement in anything, but what I am trying to bring to light here is that how quickly my decision was pushed through the legal process without any proper judicial review and to see the possible bias spin without any fact checking on the Court's part. So, what I am ceremoniously bringing to your attention is that the content presented to YOUR HONOR wasn't suitably assessed under "Today's" circumstances of my Crimes, my rehabilitation now over Two Hundred and Seventy Two (272) months later and along with my current age of 73 years old (with life threatening health concerns even before the COVID-19 Panademic was thrown into the mix) turns my original sentence into a "Life Sentence".

## ARGUMENTS REGARDING RECONSIDERATION OF MOTION TO
## REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i):

### I. MR. BRUNETTI'S STATUS IN ORGANIZED CRIME:

On Page 1 of 22 of YOUR HONORS denial dated July 31, 2020, in the fifth line down it states (regarding Mr. Brunetti) "a trusted forty-six year old "MEMBER" of Philadelphia's former organized crime boss John Stanfa's La Cosa Nostra."

Now if you refer to attached Page 3 of Mr. Brunetti's Pre-sentencing Report conducted circa 1994, in Paragraph 12, Line Two it categorizes Mr. Brunetti as an "ASSOCIATE".

We all know that there is a great difference between a "MEMBER" and an "ASSOCIATE". Also the connotation being presented to the Court one would almost take the word "MEMBER" as a Made Member of an Organized Crime family, don't you agree ? But if we go back to the basics, Webster's dictionary also here is the clarity which is the truth of Mr. Brunetti's status back in 1994.

The definition of "Member" is as follows: "A distinct part of a whole and a person belonging to some group."

The definition of "Associate" is as follows: "having less than full status."

So right out of the gate and not even further than the first page of the Court's decision a blatant error was provided to the Court to glamorize Mr. Brunetti's involvement. Again, Mr. Brunetti doesn't claim to be innocent, but his "Association" was at a much lower level and his involvement was not a drastic as the opposition is trying to portray.

## II.  MR. BRUNETTI IN 1994 AND NOW MR. BRUNETTI IN 2020:

Again on Page 1 of 22 of YOUR HONORS denial dated July 31, 2020,
the seventh line down "a mature man (Mr. Brunetti was in his mid-
forties) to a forty year sentence in 1997. Like all of us, he faces
illness which come with getting older. But until the COVID-19
Pandemic, he did not move for compassionate release."

There is no doubt that Mr. Brunetti was middle aged when he
was sentenced and his health wasn't a concern. Now fast forward
to today, twenty seven (27) years later and Mr. Brunetti is 73
years old with medical records as thick as a Leonard Tolstoy novel
but filled with facts, not fiction. He has major medical
complications. Is he dying right now, no! But at any time he can
be exposed to the COVID-19 Pandemic in prison which could complicate
his medical conditions and you know that could EASILY lead to death.

So for the Opposition to say "illness which come with getting
older"is a far stretch from what his medical condition really is.
Yes, he has arthritis like any of his counterparts of similar age,
but if you take the time to review his medical records you will
clearly see his major health issues are dealing with vital organs
that if he gets exposed to COVID-19 or any other new virus to
surface, he has little chance in this environment to survive. His
release to home confinement would include his children's care and
strict supervision.

## III.  MR. BRUNETTI'S MOST RECENT WIFE:

Again on Page 1 of 22 of YOUR HONORS denial dated July 31, 2020,
the last four lines say " we agree with his most recent wife's
concern he is a "violent person who couldn't change." "He presents

too great a danger of violence to the public and his release is not warranted under Congress's sentencing factors.

This quote is loaded with blatant lies as well as an incorrect interpretation of CURRENT Congressional sentencing factors.

First in reference to Mr. Brunetti's "most recent wife's concern", please refer to attachment of an email from Mr. Brunetti's stepson Robert Cline who obtained a copy of a recent affidavit from Mr. Brunetti's wife, Denise Ganci. The affidavit is dated as recent as August 22, 2020 stating the complete opposition of what was presented to YOUR HONOR. The last three lines of the letter end with "We are confident that he is not a danger to society and we would like him to come home and spend his last remaining years with his family and grandchildren. We ask that you show him MERCY and let him come home to his family who misses and loves him."

Do to the constraints of timeliness of filing appeals, Robert Cline has emailed a copy of the signed affidavit to YOUR HONOR and Mr. Brunetti is awaiting the original to come in the mail, which he will immediately forward to you once he is in possession of it.

Now to refer back to the last line of YOUR HONOR'S denial, where it states "his release is not warranted under Congress's sentencing factors." There are many cases filled with case law that would easily show that that statement is completely false. But it is easier for the Court to please refer to the most recent Act of Congress that was passed called the CARES ACT OF 2020. It is a written law with the exact wording of "Inmates who have not had any violence in their record for over five (5) years are qualified for the benefits of the Cares Act, which would be early release.

( 6 )

In addition, since he totally qualifies for early release under the CARES ACT 2020 for not having any violence in the past five (5) years, he also qualifies for his time served to get early release.

He has completed over twenty seven (27) years in prison and the guidelines passed by Congress under the Cares Act 2020 is that you can be eligible for early release if you served two-thirds (2/3) of you sentence. The math is simple,he has done 27 years. So two-thirds of 40 is 27.33. So with the time served he immediately qualifies to be released under those provisions of the Cares Act 2020. Now if you include his accredited good behavior time, that catapults his time way over the base line range for him to be immediately released.

Another factor of the Cares Act 2020 clearly states health concerns. The health concerns were implemented by Congress to assist elderly inmates getting Home Confinement so that their life would not be in danger to an environment like prison that could easily be infected with the COVID-19 or another Pandemic type outbreak.

## IV. CASE LAW - UNITED STATES VS. HOLLOWAY, 68 F. Supp. 3d 310 (E.D.N.Y. 2014):

In a recent Case,United States vs. Juan Ledezma-Rodriguez, 2020 WL 3971517, 3:00-CR-00071, On June 1, 2020, through counsel, Ledezma reached out to the Bureau of Prisons, asking for early release under 18 U.S.C. 3582. He argued. "(1) the fact he would not have received his sentence under modern law; (2) his twenty years incarcerated; (3) his rehabilitation; (4) his risk of catching COVID-19 in prison constituted extraordinary and compelling reasons justifying release." Ledezma then filed his motion for relief under 18 U.S.C. 3582 in District Court. The government, "citing this Court's prior rulings on compassionate release motions and the "facts of this case, "the Government declined to make or "repeat" any specific arguments."

Ledezma Exhausted his administration rights which then the Court determined that Ledezma satisfied the gate-keeping provision because thirty days have passed since the BOP received his request. His exhaustion of administrative rights meant that the Court could address the merits.

Now with the Extraordinary and Compelling reasons, the Court noted that Congress never defined what is "extraordinary and compelling." The Court noted that the commission provided a list of specific examples such as "an elderly inmates decling health". The Court also included a catch-all if "there exists in the defendant's case an extraordinary and compelling reason other than, or in combination with, "the" examples described. Further the United States Sentencing Commission never amended their guidelines after the First Step Act because they do not have a quorom of voting members to change them. Given this, Courts have determined that the Commission lacks an applicable policy statement regarding when a Court can grant a compassionate release. Because of that, Courts have determined that the Court can determine whether any extraordinary and compelling reasons other than those delineated in USSG 1B1.13 warrant granting relief.

1. SENTENCING DISPARITY:

The Court determined that Ledezma's sentence was unjust and having served in prison since 2000, Ledezma would be eligible for immediate release. "The Court understands the importantance of finality in criminal proceedings. Even so, justice has a role too."

2. REHABILITATION:

Ledezma also argued that his substantial rehabilitation constituted an extraordinary and compelling reason. the Court noted that "Rehabilitation of the defendant alone shall not be considered" sufficiently extraordinary and compelling to justify compassionate release. Yet a "statute should be construed so that effect is given to all it's provisions...This means that for the word "alone" to

do any work as it must the statute allows Courts to consider rehabilitation as part of a compassionate release motion. Thus, several Courts, including this one, have found a defendant's rehabilitation to be part of the extraordinary and compelling reasons favoring release."

The Court noted that Ledezma has not incurred an infraction since 2014 and the B.O.P. has downgraded his security classification as well. He also received the equivalent of a high school diploma and took advantage of the programming until it was shut down.

3. COVID-19

The Court indicated that Ledezma's prison had two cases of the virus. But the Court also noted this public health crisis was difficult to control in prison facilities and that a member of the prison population was more likely to contract COVID-19 than a free person. "Thus, the presence of a once-in-a-hundred years pandemic in and around defendant's facility cuts in favor of his release."

4. 3553(a) FACTORS:

The Court also required to consider if compassionate release comported with the 3553(a) factors. The Court noted that Ledezma was forty seven years old and was half-likely to be convicted of a crime today since a sentence imposed today would be weaker now and he had already served a lengthy sentence.

The Court Granted the compassionate release as requested and reduced the rest of Ledezma's Sentence to time served.

YOUR HONOR, I could load this appeal up with Case law and make it into a much larger document than it has to. Therefore, I am adding only a small blurb from another case to cement my case.

In the "Booker" case, the Courts found that Congress wants the Courts to reduce unusually long sentences, and to reduce sentences where amended guidelines suggest shorter sentences. Thus, it is now proper for the Court to consider the fact that the Guidelines have changed from mandatory to discretionary in determining whether to grant compassionate release."

YOUR HONOR, now lets circle back to my twenty seven (27) years in prison which I don't deny I deserved when sentenced as a middle aged man. But now I am 73 years old, I have no infractions within the last twenty seven years involving any violence. I do have one infraction for taking extra hamburgers out of chow hall, so would you constitute that as "violent"? I wouldn't.

My attached accomplishments of attending so many classes involving Cognitive Behavior, Attitude Adjustment, Correcting Criminal Mindset and other educational courses along with Arts and Crafts that are attached and also described in my first Motion submitted to YOUR COURT, shows that I didn't sit around and watch television in prison for the past twenty seven years, I changed myself for only the better.

Now going back to Ledezma's Case, if I were convicted today under current Sentencing Guidelines and along with my advanced age of 73, my sentence would drastically be less. Therefore the Court should understand the importance of finality in my criminal proceedings and consider a reduction in my sentence to Home Confinement.

( 10 )

As you can see from my educational transcripts and the letter
from my ex-wife. along with my consistent good behavior pattern
for over the past twenty seven years, you can see that i am clearly
not in the same mindset as I was when I frist came to prison.
Which also shows you that any character reference of my past
behavior that is mentioned in my current denial of Compassionate
Release or Reduction of Sentence to Home Confinement is from up to
three decades ago. YOUR HONOR, nor the opposition ordered any type
of updated reports on me from either the B.O.P. or even a recent
psychological report ot reflect my current mental health which is
clear of criminal thinking and any type of violent characteristics.

If the Court would also look at my classification in my
prison records, you would see the drastic change in my behavior
for the better which landed at a very low level security prison,
F.C.I. Fort Dix, N.J.

The COVID-19 Pandemic at F.C.I. Fort Dix is increasing in
cases by the day. In fact, just this past month the prison has
opened two (2) new quarantine buildings for the new COVID-19 cases.

By my sentence being reduced to Home Confinement, i would be
living at my brothers house where I would be in a safe environment
and have a very little chance of contracting such a virus compared
to living in a building like I do at F.C.I. Fort Dix with over
Three Hundred (300) inmates in one building that is an open dorm
building, not individual cells.

Therefore, as I get even older and my health issues gradually
increase, I can at least be in an environment at my brothers house
to protect myself and not get sicker from my surrounding elements.

( 11 )

In conclusion, I am seeking a downgrade of my sentence to finish out my time on Home Confinement, due to my age of 73, my health conditions and to integrate back into society with my loving family in my short remaining years.

YOUR HONOR, my life is in YOUR hands and I pray you are able to see that I am a man of past wrongdoings, but a changed man of respecting life and others. I am concluding with the following heartfelt letter to you.

For nearly three decades I have waited for that second chance and I'm still waiting with hope. They have a saying behind these walls "it is what it is". I do not believe that for one second, my belief, it is what you make it.

For many years, I have done all that I could to better understand my short comings, and to address my faults, so to better fit into our society. I believe I have achieved this, and now if allowed will fit into society as a productive member. From the amount of programming I have done over the many years, from the 9 month Live In The Code Program to Criminal Thinking Courses that reformed my way of thinking, and the self-help classes that dealt in self examination to over come a lot of my negative ways of thinking. To the many classes I have taught and learned from.

I believe a person can change if he has the right attitude, and given the incentive. In the last 27 years that I have been in prison, I have not committed one act of violence. The realization that I have caused so much pain and hurt to others in my past causes great grief and regret.

If I thought the way I thought 27 years ago, then I have wasted the last twenty seven (27) years of my life.

I have truly changed as a man for the better. My hope and spirit is unbroken for the second chance.

Again YOUR HONOR, this is submitted only in full respect to you to bring light to how my Appeal was not given proper overview. I thank you for your time and only hope the best comes out of this.


Respectfully Submitted,

SALVATORE BRUNETTI
FED. REG. NO.: 07781062
F.C.I. FORT DIX
P.O. BOX 2000
JOINT BASE - MDL, N.J.
08640

CC/ATTORNEY GENERAL WILLIAM BARR.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 94-127-13 |
| | : | |
| SALVATORE BRUNETTI | : | |

## MEMORANDUM

**KEARNEY, J.**                                                                 **July 31, 2020**

Over the last four months, hundreds of incarcerated persons around the country have moved for compassionate release from their final prison sentences based on their perceived risk of harm from the spread of COVID-19 in our federal prisons. We appreciate this fear. We today evaluate a seventy-three-year-old man seeking compassionate release after being convicted of participating in violent crimes as a trusted forty-six-year old member of Philadelphia's former organized crime boss John Stanfa's La Cosa Nostra. He provided experience with bombs. Judge Buckwalter carefully considered the evidence and sentenced the mature man to a forty-year sentence in 1997. Like all of us, he faces illness which come with getting older. But until the COVID-19 pandemic, he did not move for compassionate release. After carefully analyzing his motion for release, and while he may possibly demonstrate extraordinary and compelling reasons for release based on combination of the risks presented by his medical condition in a prison addressing COVID-19 spread, we agree with his most recent wife's concern he is a "violent person who couldn't change." He presents too great a danger of violence to the public and his release is not warranted under Congress's sentencing factors. We decline to reduce Judge Buckwalter's final sentence.

6. On May 15, 1996, following a trial before the Honorable Ronald L. Buckwalter, a jury found **Salvatore Brunetti** guilty of <u>Counts One and Two</u> (racketeering Acts One, Four(A), and Five.

7. The status of the defendants in this case is as follows: 14 defendants have entered pleas of guilty; 10 defendants have been convicted following a jury trial; the jury could not reach a decision as to two defendants, one of whom is scheduled to be retried as to the specific counts where no decision was reached; and one defendant was acquitted on all counts.

8. The Sentencing Reform Act of 1984 is applicable in this case since the offense occurred between <u>October of 1990</u> and March 16, 1994. The edition of the manual used to calculate the Sentencing Guidelines in this report is that incorporating amendments effective <u>November 1, 1996</u>, as there are <u>no ex post facto issues</u>.

<u>The Offense Conduct</u>

<u>The Racketeering Enterprise</u>

9. The Enterprise set forth in Superseding Indictment No. Two comprised the **John Stanfa** family of La Cosa Nostra (LCN). This existed from about October 1990 through on or about March 16, 1994 in the Eastern District of Pennsylvania and elsewhere. The Enterprise was a group of individuals associated in fact, although not a legal entity, which engaged in activities which affected interstate commerce. The Enterprise existed to control, manage, finance, supervise, participate in and set policy concerning the making of money through legal and illegal means in the Philadelphia area and in part of New Jersey.

10. The Philadelphia LCN was organized in a chain of command headed by a boss. During the period of the Indictment, **Anthony Piccolo** acted as the temporary boss until early 1991, and thereafter **John Stanfa** acted as the boss. At certain times during the time period of the Indictment Joseph Ciancaglini, Jr. was the underboss. After Joseph Ciancaglini was incapacitated when he was shot on March 2, 1993, **Frank Martines** became the "acting underboss". While **Stanfa** was the boss, **Piccolo** functioned as the consigliere. At various times during the period charged in Superseding Indictment No. Two, **Salvatore Sparacio** and **Vincent Albert Pagano** served as caporegimes.

11. The Philadelphia LCN had soldiers who worked under the leaders of the Enterprise. Soldiers were also known as "made" members of the Enterprise. They included: **Salvatore Sparacio**, (before becoming a "capo"), **Luigi Tripodi, Raymond**

Esposito, Sergio Battaglia, Giuseppee Gallara, John Veasey, Vincent Filipelli, Gaeton Lucibello, and Gaetano Scafidi.

12. In addition to the "made" members of the Enterprise described above, the Enterprise also had associates who worked for the Enterprise under the direction of the "made" members. They included: **Herbert Keller, Rosario Conti Bellocchi, Gary Tavella, Philip Colletti, Salvatore Brunetti, Salvatore Avena, Ron Mazzone, Jack Manfredi, Joseph Altimari, John Casasanto, Thomas Morrone, Giuseppe Palazzolo, Santo Bravata, Thomas Rebbie,** and **Rod Colombo.**

13. Through evidence presented at the trial of **John Stanfa**, et al, the structure of the Enterprise was proven. The evidence presented consisted of the testimony of certain of its members and associates and by tape recordings of conversations intercepted through court-authorized Title III wiretaps. The evidence regarding the structure of the Enterprise included the following:

14. During a conversation of December 3, 1991 between **Stanfa, Piccolo,** and **Joseph Sadano,** a member of the northern New Jersey faction of the Enterprise, **Stanfa,** in his role as boss, explains why he promoted a member to captain. The conversation refers to the "Mafia" and also refers to "this thing," a reference to La Cosa Nostra, and to the positions of underboss and consigliere.

15. During a conversation of September 8, 1992 between **Stanfa, Piccolo, Sparacio,** and Joseph Ciancaglini, **Stanfa** refers to having "made" some LCN members and criticizes **Sparacio** for not telling **Stanfa** he had received electronic surveillance notice.

16. **John Veasey** testified that he was "made" by **Stanfa,** with **Martines, Battaglia,** and **Pagano** present for the ceremony. **Filipelli** was also "made" on the same day. **Stanfa** explained the rules of LCN membership to **Veasey** and told him that **Martines** was the "acting underboss."

17. During a recorded conversation, **Pagano** told cooperating witness James Lynch that he was a capo by making a symbol with his fingers on his shoulder, indicating officer bars for the military position of captain. In the same conversation, **Pagano** told Lynch that he and **Martines** were second and third in command. **Pagano** continued, "If (**Stanfa**) goes to jail, me and him are in charge."

## Racketeering Activities of the Enterprise

18. To enforce the rules of the Philadelphia LCN, to promote discipline and to ensure the continued receipt of money to the LCN, members and associates of the Philadelphia LCN

FROM: robertjcline@gmail.com
TO: 07781062 BRUNETTI, SALVATORE
SUBJECT: RE: Affidavit for mom
DATE: 08/24/2020 08:21 PM

COURT REFERENCE LETTER

To Whom This May Concern,

My name is Denise Ganci (Formally Brunetti) and I am the ex wife of Salvatore Brunetti. We have 1 child together. We've known Salvatore to be a loving, caring Father. We have stayed in touch over the years and exchanged cards and correspondence. At no time have I said that I think Salvatore Brunetti is a dangerous individual who was incapable of change. In fact it's the opposite. Salvatore has expressed his regret for what happened 27 years ago and we believe that he has been undergoing change for decades now. We are confident that he is not a danger to society and we would like him to come home and spend his last remaining years with his family and grandchildren. We ask that you show him MERCY and let him come home to his family who misses and loves him.

Best,

Denise Ganci

Date: 08/22/2020

4601 Apple Ln
Paulsboro, NJ 08066


| Facility: | FTD  FORT DIX FCI | Proj. Rel. Date: | 06-21-2028 |
|---|---|---|---|
| Name: | BRUNETTI, SALVATORE | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 07781-062 | DNA Status: | OTV02010 / 05-23-2011 |
| Age: | 73 | | |
| Date of Birth: | 07-10-1947 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start | |
|---|---|---|---|---|
| FTD | UNASSG WES | UNASSIGNED - FCI WEST | 05-28-2020 | |

### Current Education Information

| Facl | Assignment | Description | Start | |
|---|---|---|---|---|
| FTD | ESL HAS | ENGLISH PROFICIENT | 06-26-1997 | |
| FTD | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-25-1997 | |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FTD | | BEADERY 1 - WEST | 02-03-2020 | CURRENT |
| FTD GP | C | CROCHET 1 - WEST | 10-20-2019 | 01-08-2020 |
| FTD GP | C | GREETING CARDS 1 - WEST | 07-08-2019 | 09-15-2019 |
| FTD GP | C | SOCIAL DEVELOPMENT - WEST | 06-17-2019 | 07-18-2019 |
| FTD GP | C | DRAWING 1 - WEST | 10-02-2018 | 12-27-2018 |
| FTD GP | C | REENTRY LIFESTYLES | 03-20-2018 | 03-20-2018 |
| SCH | C | MUSIC THEORY FOR GUITAR | 12-07-2015 | 03-09-2016 |
| SCH | C | MUSIC THEORY FOR GUITAR | 07-06-2015 | 12-07-2015 |
| SCH | C | PENNSYLVANIA WILDLIFE | 11-24-2015 | 11-24-2015 |
| SCH | C | DRUM CLASS 2 | 03-01-2015 | 08-10-2015 |
| SCH | C | MUSIC SOUND CHECK TWO | 10-10-2014 | 08-10-2015 |
| SCH | C | DRUM CLASS 3 | 12-26-2014 | 08-10-2015 |
| SCH | C | BASIC PAINTING CLASS | 08-22-2015 | 08-01-2015 |
| SCH | C | MUSIC SOUND CHECK TWO | 09-16-2014 | 12-26-2014 |
| SCH | C | VOCALS CLASS | 09-16-2014 | 12-26-2014 |
| SCH | C | DRUM CLASS 2 | 09-16-2014 | 12-26-2014 |
| SCH | C | CHESS OPENING COURSE | 11-12-2014 | 12-08-2014 |
| SCH | C | FCI DRUMS | 05-27-2014 | 09-09-2014 |
| SCH | C | FUNCTIONAL ANATOMY 1 | 08-20-2014 | 08-21-2014 |
| SCH | C | STRESS MANAGEMENT | 06-20-2014 | 07-03-2014 |
| SCH | C | HISTORY OF US SUPREME COURT | 12-02-2013 | 12-31-2013 |
| SCH | C | INTERIOR DESIGN 1 | 05-07-2013 | 05-29-2013 |
| SCH | C | LIFELONG HEALTH | 08-06-2012 | 04-10-2013 |
| SCH | C | ACE TUTORING CLASS | 04-06-2013 | 04-06-2013 |
| SCH | C | INTERIOR DESIGN 1 | 02-05-2013 | 04-02-2013 |
| SCH | C | WORLD AT WAR VIDEO 1 | 03-11-2013 | 04-01-2013 |
| SCH | C | ROOTS OF MUSIC | 12-08-2012 | 12-31-2012 |
| SCH | C | WORLD HISTORY IN CINEMA ONE | 12-05-2012 | 01-29-2013 |
| SCH | C | DUTCH ARTISTS - THE MASTERS | 01-07-2013 | 01-29-2013 |
| SCH | C | RESUME BUILDING | 10-09-2012 | 10-30-2012 |
| SCH | C | LEARNING GUITAR PART 3 | 06-01-2012 | 10-20-2012 |
| SCH | C | WORLD AT WAR | 09-10-2012 | 10-02-2012 |
| SCH | C | FAMOUS AMERICAN VIDEO SERIES | 10-09-2012 | 10-23-2012 |
| SCH | C | HISTORY OF U.S.PRESIDENTS PT.1 | 07-23-2012 | 10-01-2012 |
| SCH | C | WORLD AT WAR VIDEO 1 | 09-10-2012 | 09-24-2012 |
| SCH | C | HISTORY OF NEW YORK VIDEO SERI | 08-06-2012 | 08-15-2012 |
| SCH | C | FAMOUS AMERICAN VIDEO SERIES | 07-30-2012 | 08-28-2012 |

 **Individualized Needs Plan - Program Review    (Inmate Copy)**   SEQUENCE: 00568858
Dept. of Justice / Federal Bureau of Prisons                              Team Date: 07-14-2020
Plan is for inmate: BRUNETTI, SALVATORE  07781-062

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| SCH | C | ACE CINEMA SERIES PART 2 | 07-21-2012 | 07-28-2012 |
| SCH | C | COMEDY CLASSICS ONE | 07-11-2012 | 07-31-2012 |
| SCH | C | LIBERTY: AMERICAN REVOLUTION V | 07-09-2012 | 07-16-2012 |
| SCH | C | WORLD AT WAR | 05-09-2012 | 05-15-2012 |
| SCH | C | GUITAR CLASS 2 | 03-01-2012 | 05-31-2012 |
| SCH | C | ACE UNIVERSE VIDEO SERIES | 04-16-2012 | 04-30-2012 |
| SCH | C | CONCERT VIDEOS 2 | 04-02-2012 | 04-10-2012 |
| SCH | C | LEARNING GUITAR PART 1 | 01-02-2012 | 03-15-2012 |
| SCH | C | WORLD AT WAR VIDEO 1 | 03-11-2012 | 03-26-2012 |
| SCH | C | ACE SCIENCE OF MUSIC VIDEO | 02-15-2012 | 02-27-2012 |
| SCH | C | ACE MUSIC THEORY 2 | 02-06-2012 | 02-29-2012 |
| SCH | C | MUSIC THEORY PART 1 | 01-04-2012 | 01-31-2012 |
| SCH | C | ACE PLANET EARTH VIDEOS | 01-05-2012 | 01-26-2012 |
| SCH | C | DISCOVERY MOON VIDEOS | 01-09-2012 | 01-23-2012 |
| SCH | C | MUSIC REPAIR | 12-13-2011 | 12-13-2011 |
| OTV GP | C | INTRO TO PAINT, PASTELS | 12-15-2010 | 03-04-2011 |
| OTV GP | C | EDUCATION ORIENTATION - AM | 11-09-2010 | 11-09-2010 |
| ALP | C | FITNESS PRG 50+ MON 11AM-12PM | 04-19-2010 | 07-17-2010 |
| ALP | C | YOGA CLASS FRI 11AM-12PM | 04-19-2010 | 07-17-2010 |
| ALP | C | LEISURE MUSIC INSTRUCTOR | 03-27-2010 | 07-09-2010 |
| ALP | C | ART INSTRUCTOR PASSIVE REC | 03-27-2010 | 07-09-2010 |
| ALP | C | LEISURE MUSIC INSTRUCTOR | 01-07-2010 | 03-27-2010 |
| ALP | C | ART INSTRUCTOR PASSIVE REC | 07-05-2009 | 03-27-2010 |
| ALP | C | FITNESS PRG 50+ MON 11AM-12PM | 01-11-2010 | 03-27-2010 |
| ALP | C | YOGA CLASS FRI 11AM-12PM | 01-11-2010 | 03-27-2010 |
| ALP | C | LEISURE MUSIC INSTRUCTOR | 08-02-2009 | 12-29-2009 |
| ALP | C | LEISURE MUSIC INSTRUCTOR | 04-01-2009 | 07-28-2009 |
| ALP | C | LEISURE MUSIC INSTRUCTOR | 01-10-2009 | 03-30-2009 |
| ALP | C | YOGA CLASS MWF 930-1030 | 09-18-2009 | 12-20-2009 |
| ALP | C | GUITAR BASICS | 01-08-2009 | 09-14-2009 |
| ALP | C | ART INSTRUCTOR PASSIVE REC | 04-01-2009 | 06-30-2009 |
| ALP | C | ART INSTRUCTOR PASSIVE REC | 01-01-2009 | 03-30-2009 |
| ALP | C | ART INSTRUCTOR PASSIVE REC | 01-01-2008 | 12-01-2008 |
| ALP | C | MWF 0930-1030 | 04-10-2009 | 06-27-2009 |
| ALP | C | ART FOR LEISURE | 04-04-2009 | 06-21-2009 |
| ALP | C | GUITAR BASICS | 01-11-2009 | 03-30-2009 |
| ALP | C | MWF 0930-1030 | 01-12-2009 | 03-30-2009 |
| ALP | C | GUITAR BASICS | 07-11-2008 | 12-26-2008 |
| ALP | C | ART FOR LEISURE | 10-04-2008 | 12-26-2008 |
| ALP | C | ART FOR LEISURE | 07-11-2008 | 09-26-2008 |
| ALP | C | CARDIOVAS CYCL.M/W/F 1130-1230 | 09-30-2007 | 12-16-2007 |
| ALP | C | ART FOR LEISURE | 04-13-2007 | 07-02-2007 |
| ALP | C | ART FOR LEISURE | 03-15-2006 | 03-23-2006 |
| ALP | C | HISTORY OF ART | 12-18-2004 | 03-30-2005 |
| ALP | C | GUITAR BASICS | 07-04-2003 | 10-02-2003 |
| ALP | C | ART FOR LIESURE | 07-31-2003 | 10-02-2003 |
| ALP | C | ART FOR LIESURE | 04-09-2003 | 06-26-2003 |
| ALP | C | GUITAR BASICS | 04-04-2003 | 06-26-2003 |
| ALP | C | GUITAR BASICS | 01-03-2003 | 03-28-2003 |
| ALP | C | ART FOR LIESURE | 01-08-2003 | 03-26-2003 |
| ALP | C | PLYO/MEDICINE BALL SAT 0830 | 12-30-2002 | 03-31-2003 |
| ALP | C | RPP - RECREATION COURSE | 02-03-2003 | 02-21-2003 |
| ALP | C | RPP - RECREATION COURSE | 12-01-2002 | 12-15-2002 |
| ALP | C | ART FOR LIESURE | 10-09-2002 | 12-18-2002 |
| ALP | C | GUITAR BASICS | 10-11-2002 | 12-27-2002 |
| ALP | C | PLYO/MEDICINE BALL SAT 0830 | 10-05-2002 | 12-30-2002 |
| ALP | C | LEATHER CRAFTS TUES 6:30PM | 07-09-2002 | 10-29-2002 |


| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| ALP | C | GUITAR BASICS | 07-12-2002 | 10-25-2002 |
| ALP | C | ART FOR LEISURE | 07-10-2002 | 10-02-2002 |
| ALP | C | GUITAR BASICS | 04-12-2002 | 06-28-2002 |
| ALP | C | RPP - PERSONAL FINANCE/CONSUME | 07-20-2001 | 07-27-2001 |
| ALP | C | RPP - EMPLOYMENT SKILLS | 07-20-2001 | 07-20-2001 |
| ALP | C | INTRODUCTION TO DRAWING | 01-09-2001 | 03-30-2001 |
| ALP | C | INTRODUCTION TO DRAWING | 10-23-2000 | 12-30-2000 |
| ALP | C | ART INTERPRETATION | 01-05-2000 | 03-30-2000 |
| ALP | C | ART INTERPRETATION | 10-05-1999 | 01-05-2000 |
| ALP | C | LEGAL RESEARCH CLASS | 09-17-1999 | 09-17-1999 |
| ALP | C | LEGAL RESEARCH CLASS | 10-08-1997 | 04-01-1998 |
| FAI DCU | C | PARENTING PROGRAM | 01-17-1995 | 03-07-1995 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

## Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-25-2010 |
| CARE2 | STABLE, CHRONIC CARE | 11-22-2016 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 12-31-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-21-2011 |

## Current Drug Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| DRG E COMP | DRUG EDUCATION COMPLETED | 10-22-2002 |
| NR COMP | NRES DRUG TMT/COMPLETE | 07-22-2004 |

## FRP Details

| Most Recent Payment Plan |
|--------------------------|

**FRP Assignment:**    **COMPLT**    **FINANC RESP-COMPLETED**    **Start: 07-13-1999**

Inmate Decision:    **AGREED**    **$25.00**    Frequency: **MONTHLY**

Payments past 6 months:    **$0.00**    Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

**Payment Details**

Trust Fund Deposits - Past 6 months:  $915.00                     Payments commensurate ?   Y

New Payment Plan:    | ** No data ** |

## Progress since last review

| ** No notes entered ** |

## Next Program Review Goals

STG - Next Review
* Participate in at least one education class of interest
* Continue to maintain clear conduct
* Continue to maintain a drug free lifestyle
* Continue to take any and all prescriptions as prescribed and follow up with medical as needed for Chronic Care
* Continue recommendation to seek Psychology services as needed if any issues arise

## Long Term Goals


LTG - End date October 2021
* Continue recommendation to secure a form of identification in central file for release needs
* Continue recommendation to save funds quarterly for release needs
* Continue to display good communication toward staff and other inmates
* Continue to maintain frequent communication with friends and family
* Continue to maintain a high level of good personal hygiene and sanitation
* Continue not to allow other individuals to easily influence your decision making while incarcerated
* Continue to eat healthy and exercise regularly

## RRC/HC Placement

No.
Management decision - WILL REVIEW 17-19 MONTHS PRIOR TO PRD.

## Comments

RRC recommendation will be discussed 17-19 months from release. You will be reviewed for RRC placement under the 2nd Chance Act and you will also be reviewed for direct Home Detention eligibility.  Furthermore, you will be scheduled to begin RPP classes 30 months prior to release.

```
REGNO..: 07781-062 NAME: BRUNETTI, SALVATORE


----------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-22-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-05-2010 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-08-1997
TOTAL TERM IN EFFECT............:    40 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    40 YEARS
EARLIEST DATE OF OFFENSE........: 03-17-1994

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    03-17-1994    05-07-1997

TOTAL PRIOR CREDIT TIME.........: 1148
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 2094
TOTAL GCT EARNED................: 1338
STATUTORY RELEASE DATE PROJECTED: 06-21-2028
TWO THIRDS DATE.................: 11-15-2020
EXPIRATION FULL TERM DATE.......: 03-16-2034
TIME SERVED.....................:    26 YEARS      5 MONTHS      2 DAYS
PERCENTAGE OF FULL TERM SERVED..:  66.0
PERCENT OF STATUTORY TERM SERVED:  77.1

PROJECTED SATISFACTION DATE.....: 06-21-2028
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 08-05-2010 COMP ASSUMPTION PROJECT E/MSB. 10-15-14 DIS GCT E/R
                PL;4-22-20 RPC'D FOR FSA E/EMR




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

REGNO..: 07781-062 NAME: BRUNETTI, SALVATORE


```
FBI NO...........: 259481M9         DATE OF BIRTH: 07-10-1947  AGE:   73
ARS1.............: FTD/A-DES
UNIT.............: UNIT 5802         QUARTERS.....: N01-361L
DETAINERS........: NO               NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 12-21-2027

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-21-2028 VIA GCT REL


-------------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: PENNSYLVANIA, EASTERN DISTRICT
DOCKET NUMBER...................: 2:94CR00127-13
JUDGE...........................: BUCKWALTER
DATE SENTENCED/PROBATION IMPOSED: 05-08-1997
DATE COMMITTED..................: 05-29-1997
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00       $00.00
```

RESTITUTION...:  PROPERTY: NO  SERVICES: NO        AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
```
OFFENSE CODE....:  545      18:1962 RACKETEER (RICO)
OFF/CHG: CT.1: RICO CONSPIRACY / 18 USC 1962(D)
         CT.2: RICO / 18 USC 1962(C)
```

```
 SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   40 YEARS
 TERM OF SUPERVISION............:    3 YEARS
 CLASS OF OFFENSE...............: CLASS A FELONY
 DATE OF OFFENSE................: 03-17-1994
```

```
REGISTER NO: 07781-062    NAME..: BRUNETTI              FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: FTD-FORT DIX FCI
```

---------------------------- EDUCATION INFORMATION --------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|------|-----------|-------------|-----------------|----------------|
| FTD | ESL HAS | ENGLISH PROFICIENT | 06-26-1997 1536 | CURRENT |
| FTD | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-25-1997 1521 | CURRENT |

---------------------------- EDUCATION COURSES --------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|-----------|-----------|------|----|----|-----|
| FTD GP | BEADERY 1 - WEST | 02-03-2020 | CURRENT | | | | |
| FTD GP | CROCHET 1 - WEST | 10-20-2019 | 01-08-2020 | P | C | P | 10 |
| FTD GP | GREETING CARDS 1 - WEST | 07-08-2019 | 09-15-2019 | P | C | P | 10 |
| FTD GP | SOCIAL DEVELOPMENT - WEST | 06-17-2019 | 07-18-2019 | P | C | P | 20 |
| FTD GP | DRAWING 1 - WEST | 10-02-2018 | 12-27-2018 | P | C | P | 10 |
| FTD GP | REENTRY LIFESTYLES | 03-20-2018 | 03-20-2018 | P | C | P | 3 |
| SCH | MUSIC THEORY FOR GUITAR | 12-07-2015 | 03-09-2016 | P | C | P | 8 |
| SCH | MUSIC THEORY FOR GUITAR | 07-06-2015 | 12-07-2015 | P | C | P | 8 |
| SCH | PENNSYLVANIA WILDLIFE | 11-24-2015 | 11-24-2015 | P | C | P | 2 |
| SCH | DRUM CLASS 2 | 03-01-2015 | 08-10-2015 | P | C | P | 8 |
| SCH | MUSIC SOUND CHECK TWO | 10-10-2014 | 08-10-2015 | P | C | P | 8 |
| SCH | DRUM CLASS 3 | 12-26-2014 | 08-10-2015 | P | C | P | 8 |
| SCH | BASIC PAINTING CLASS | 06-22-2015 | 08-01-2015 | P | C | P | 10 |
| SCH | MUSIC SOUND CHECK TWO | 09-16-2014 | 12-26-2014 | P | C | P | 8 |
| SCH | VOCALS CLASS | 09-16-2014 | 12-26-2014 | P | C | P | 8 |
| SCH | DRUM CLASS 2 | 09-16-2014 | 12-26-2014 | P | C | P | 8 |
| SCH | CHESS OPENING COURSE | 11-12-2014 | 12-06-2014 | P | C | P | 6 |
| SCH | FCI DRUMS | 06-27-2014 | 09-09-2014 | P | C | P | 8 |
| SCH | FUNCTIONAL ANATOMY 1 | 08-20-2014 | 08-21-2014 | P | C | P | 2 |
| SCH | STRESS MANAGEMENT | 06-20-2014 | 07-03-2014 | P | C | P | 4 |
| SCH | HISTORY OF US SUPREME COURT | 12-02-2013 | 12-31-2013 | P | C | P | 8 |
| SCH | INTERIOR DESIGN 1 | 05-07-2013 | 05-29-2013 | P | C | P | 8 |
| SCH | LIFELONG HEALTH | 08-06-2012 | 04-10-2013 | P | C | P | 8 |
| SCH | ACE TUTORING CLASS | 04-06-2013 | 04-06-2013 | P | C | P | 2 |
| SCH | INTERIOR DESIGN 1 | 02-05-2013 | 04-02-2013 | P | C | P | 16 |
| SCH | WORLD AT WAR VIDEO 1 | 03-11-2013 | 04-01-2013 | P | C | P | 8 |
| SCH | ROOTS OF MUSIC | 12-08-2012 | 12-31-2012 | P | C | P | 8 |
| SCH | WORLD HISTORY IN CINEMA ONE | 12-05-2012 | 01-29-2013 | P | C | P | 8 |
| SCH | DUTCH ARTISTS - THE MASTERS | 01-07-2013 | 01-29-2013 | P | C | P | 8 |
| SCH | RESUME BUILDING | 10-09-2012 | 10-30-2012 | P | C | P | 8 |
| SCH | LEARNING GUITAR PART 3 | 06-01-2012 | 10-20-2012 | P | C | P | 8 |
| SCH | WORLD AT WAR | 09-10-2012 | 10-02-2012 | P | C | P | 8 |
| SCH | FAMOUS AMERICAN VIDEO SERIES | 10-09-2012 | 10-23-2012 | P | C | P | 10 |
| SCH | HISTORY OF U.S.PRESIDENTS PT.1 | 07-23-2012 | 10-01-2012 | P | C | P | 6 |
| SCH | WORLD AT WAR VIDEO 1 | 09-10-2012 | 09-24-2012 | P | C | P | 8 |
| SCH | HISTORY OF NEW YORK VIDEO SERI | 08-08-2012 | 08-15-2012 | P | C | P | 8 |
| SCH | FAMOUS AMERICAN VIDEO SERIES | 07-30-2012 | 08-28-2012 | P | C | P | 8 |
| SCH | ACE CINEMA SERIES PART 2 | 07-21-2012 | 07-28-2012 | P | C | P | 8 |
| SCH | COMEDY CLASSICS ONE | 07-11-2012 | 07-31-2012 | P | C | P | 8 |
| SCH | LIBERTY: AMERICAN REVOLUTION V | 07-09-2012 | 07-16-2012 | P | C | P | 6 |

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 07781-062      NAME..: BRUNETTI           FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: FTD-FORT DIX FCI
```

```
---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION                        START DATE  STOP DATE  EVNT AC LV  HRS
SCH        WORLD AT WAR                       05-09-2012 05-15-2012   P   C  P    4
SCH        GUITAR CLASS 2                     03-01-2012 05-31-2012   P   C  P   10
SCH        ACE UNIVERSE VIDEO SERIES          04-16-2012 04-30-2012   P   C  P    8
SCH        CONCERT VIDEOS 2                   04-02-2012 04-10-2012   P   C  P    8
SCH        LEARNING GUITAR PART 1             01-02-2012 03-15-2012   P   C  P   10
SCH        WORLD AT WAR VIDEO 1               03-11-2012 03-26-2012   P   C  P    8
SCH        ACE SCIENCE OF MUSIC VIDEO         02-15-2012 02-27-2012   P   C  P    2
SCH        ACE MUSIC THEORY 2                 02-06-2012 02-29-2012   P   C  P    8
SCH        MUSIC THEORY PART 1                01-04-2012 01-31-2012   P   C  P    6
SCH        ACE PLANET EARTH VIDEOS            01-05-2012 01-26-2012   P   C  P   10
SCH        DISCOVERY MOON VIDEOS              01-09-2012 01-23-2012   P   C  P    6
SCH        MUSIC REPAIR                       12-13-2011 12-13-2011   P   C  P    2
OTV GP     INTRO TO PAINT, PASTELS            12-15-2010 03-04-2011   P   C  P    4
OTV GP     EDUCATION ORIENTATION - AM         11-09-2010 11-09-2010   P   C  P    3
ALP        FITNESS PRG 50+ MON 11AM-12PM      04-19-2010 07-17-2010   P   C  P    4
ALP        YOGA CLASS FRI 11AM-12PM           04-19-2010 07-17-2010   P   C  P    4
ALP        LEISURE MUSIC INSTRUCTOR           03-27-2010 07-09-2010   P   C  P   12
ALP        ART INSTRUCTOR PASSIVE REC         03-27-2010 07-09-2010   P   C  P   12
ALP        LEISURE MUSIC INSTRUCTOR           01-07-2010 03-27-2010   P   C  P   12
ALP        ART INSTRUCTOR PASSIVE REC         07-05-2009 03-27-2010   P   C  P   12
ALP        FITNESS PRG 50+ MON 11AM-12PM      01-11-2010 03-27-2010   P   C  P    4
ALP        YOGA CLASS FRI 11AM-12PM           01-11-2010 03-27-2010   P   C  P    4
ALP        LEISURE MUSIC INSTRUCTOR           08-02-2009 12-29-2009   P   C  P   12
ALP        LEISURE MUSIC INSTRUCTOR           04-01-2009 07-28-2009   P   C  P   12
ALP        LEISURE MUSIC INSTRUCTOR           01-10-2009 03-30-2009   P   C  P   12
ALP        YOGA CLASS MWF 930-1030            09-18-2009 12-20-2009   P   C  P    4
ALP        GUITAR BASICS                      01-08-2009 09-14-2009   P   C  P   12
ALP        ART INSTRUCTOR PASSIVE REC         04-01-2009 06-30-2009   P   C  P   12
ALP        ART INSTRUCTOR PASSIVE REC         01-01-2009 03-30-2009   P   C  P   12
ALP        ART INSTRUCTOR PASSIVE REC         01-01-2008 12-01-2008   P   C  P   12
ALP        MWF 0930-1030                      04-10-2009 06-27-2009   P   C  P   36
ALP        ART FOR LEISURE                    04-04-2009 06-21-2009   P   C  P   12
ALP        GUITAR BASICS                      01-11-2009 03-30-2009   P   C  P   12
ALP        MWF 0930-1030                      01-12-2009 03-30-2009   P   C  P   25
ALP        GUITAR BASICS                      07-11-2008 12-26-2008   P   C  P   12
ALP        ART FOR LEISURE                    10-04-2008 12-26-2008   P   C  P   12
ALP        ART FOR LEISURE                    07-11-2008 09-26-2008   P   C  P   12
ALP        CARDIOVAS CYCL.M/W/F 1130-1230     09-30-2007 12-16-2007   P   C  P    2
ALP        ART FOR LEISURE                    04-13-2007 07-02-2007   P   C  P   12
ALP        ART FOR LEISURE                    03-15-2006 03-23-2006   P   C  P   20
ALP        HISTORY OF ART                     12-18-2004 03-30-2005   P   C  P   20
ALP        GUITAR BASICS                      07-04-2003 10-02-2003   P   C  P   12
ALP        ART FOR LIESURE                    07-31-2003 10-02-2003   P   C  P   12
ALP        ART FOR LIESURE                    04-09-2003 06-26-2003   P   C  P   12
ALP        GUITAR BASICS                      04-04-2003 06-26-2003   P   C  P   12
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

Salvatore Brunetti
#07781-062
P.O. Box 2000
F.C.I. Fort Dix, N.J. 08640

FEDERAL CORRECTIONAL INSTITUTION
P. O. BOX 2000
FORT DIX, NJ 08640   09-03-20
The enclosed letter was processed through special mail
procedures. This letter has been neither opened nor
inspected. If the writer raises a question or problem over
which this facility has jurisdiction, you may wish to return
the material. If the writer encloses correspondence for
forwarding to another address or includes unauthorized
items, please return to the above address.

U.S.M.S.
X-RAY

Honorable JUDGE J. KEARNEY
U.S. District Court
Eastern District of PA.
601 Market Street
Philadelphia, PA. 19106-1797



CERTIFIED MAIL

0008 4868 4270

runetti
62
000
Dix, N.J. 08640



U.S. POSTAGE PAID
FCM LG ENV
JOINT BASE MDL, NJ
08640
SEP 03, 20
AMOUNT
**$0.00**
R2305M148244-07
1000    19106

USPS

FEDERAL CORRECTIONAL INSTITUTION
P. O. BOX 2000
FORT DIX, NJ 08640    09-03-20
The enclosed letter was processed through special mail
procedures. This letter has been neither· opened nor
inspected. If the writer raises a question or problem over
which this facility has jurisdiction, you may wish to return
the material. If the writer encloses correspondence for
forwarding to another address or includes unauthorized
items, please return to the above address.



U.S.M.S.
X-RAY

Honorable JUDGE J. KEARNEY
U.S. District Court
Eastern District of PA.
601 Market Street
Philadelphia, PA. 19106-1797