# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 94-127-13** |
| | : | |
| **SALVATORE BRUNETTI** | : | |

## ORDER

**AND NOW**, this 8th day of March 2022, upon review of Defendant's Motion for compassionate release (ECF Doc. No. 2018), the United States Response (ECF Doc. No. 2020), Defendant's Reply (ECF Doc. No. 2029), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 2018) is **DENIED.**

**KEARNEY, J.**